### BROWN *v.* THE STATE.

SIMMONS, C. J.    No error of law was complained of, and the evidence authorized the verdict.              *Judgment affirmed.  All the Justices concur.*

                    Submitted October 20, — Decided October 24, 1903

Accusation of larceny.    Before Judge Reynolds.    City court of Waycross.    August 1, 1903.

*John T. Myers,* for plaintiff in error.
*J. Walter Bennett, solicitor,* contra.

---

### CLAYTON *v.* THE STATE.

SIMMONS, C. J.    1. While the evidence was conflicting, the jury believed that for the prosecution, which was sufficient to support the verdict of guilty. The trial judge was satisfied with the verdict, and this court will not interfere with his discretion in refusing a new trial.
2. The newly discovered evidence was merely cumulative and impeaching in its character.              *Judgment affirmed.  All the Justices concur.*

                    Submitted October 20, —Decided October 24, 1903

Indictment for assault with intent to murder.    Before Judge Holden.  Washington superior court.    May 23, 1903.

*J. A. Robson,* for plaintiff in error.
*B. T. Rawlings, solicitor-general,* contra.